**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AFSHIN BAHRAMPOUR,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, et al,<br><br>                Defendants. | Case No. 2:13-cv-00955-APG-NJK<br><br>**ORDER**<br><br>(IFP App - Dkt. #1) |

       This matter is before the court on Plaintiff Afshin Bahrampour's Application to Proceed *In Forma Pauperis* (Dkt. #1) filed May 30, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

       Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded fully to question 3–namely, he states an amount that he receives per person and the approximate amount of time he works per week. Plaintiff does not, however, state the actual amount that he receives, or how much money he expects to receive in the future, as required by the form. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice.

       The Court also noticed, prior to screening Plaintiff's Complaint, that he alleges violations of 42 U.S.C. §1983, but did not file his Complaint on the Court's required form. *See* LSR 2-1. As a result, if Plaintiff chooses to submit a corrected Application to *Proceed In Forma Pauperis*, he must also submit a corrected Complaint, on the Court's required form for seeking relief under 42 U.S.C. § 1983. Additionally, for the court to consider Plaintiff's Complaint, it must be typewritten or legibly handwritten. *See* LR 10-1.

. . . .

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **July 5, 2013,** in which to submit the completed application or pay the $400.00 filing fee.

2. The Clerk of Court shall also mail Plaintiff a blank form for filing a civil rights Complaint pursuant to 42 U.S.C. §1983. Plaintiff must submit his Complaint, on the Court's required form, with his Application to Proceed *In Forma Pauperis*.

3. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

Dated this 5th day of June, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE