1
2
3
4
5                           **UNITED STATES DISTRICT COURT**
6                                   **DISTRICT OF NEVADA**

7  AFSHIN BAHRAMPOUR,                      )
                                           )   Case No. 2:13-cv-00955-APG-NJK
8                         Plaintiff,       )
                                           )   **REPORT & RECOMMENDATION**
9  vs.                                     )
                                           )
10 CITY OF LAS VEGAS, et al.,              )
                                           )
11                        Defendants.      )
                                           )
12

13    This matter is before the court on Plaintiff Afshin Bahrampour's failure to comply with the Court's
14 Order (Dkt. #2). Plaintiff filed an incomplete Application to Proceed *In Forma Pauperis* (Dkt. #1) on May
15 30, 2013. The court could not determine whether Plaintiff qualified to proceed *in forma pauperis*. On June
16 5, 2013, the Court entered an Order (Dkt. #2) denying Plaintiff's Application without prejudice, directing
17 the Clerk of Court to mail Plaintiff a new application, and allowing Plaintiff to file a completed application
18 or pay the $400 filing fee on or before July 5, 2013. *See* Order (Dkt. #2). The Court also ordered the
19 Plaintiff to submit a corrected Complaint, on the Court's required form for seeking relief under 42 U.S.C.
20 § 1983. The Court noted that for the Court to consider Plaintiff's Complaint, it must be typewritten or
21 legibly handwritten. *See* LR 10-1.

22    The Order advised Plaintiff that failure to comply would result in a recommendation to the District
23 Judge for dismissal. On June 5, 2013, the clerk mailed the Order to the Plaintiff at the address listed in the
24 Plaintiff's Complaint. (Dkt. #3). On June 12, 2013, that mail was returned undeliverable. *Id*. On June 17,
25 2013, the clerk re-mailed the Order to general delivery at Sunrise Station per the address listed on the
26 docket. The Order advised Plaintiff that failure to comply would result in a recommendation to the District
27 Judge for dismissal. Plaintiff has not complied or requested an extension of time in which to comply.
28 ...

...

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's Application to Proceed In Forma Pauperis be DENIED and this action be DISMISSED without prejudice to the Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a completed application to proceed in forma pauperis.

**IT IS FURTHER RECOMMENDED** that the Clerk of the Court enter judgment accordingly.

Dated this 17th day of July, 2013.

_____
**NANCY J. KOPPE**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.