UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AFSHIN BAHRAMPOUR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>　　　　　Defendant. | Case No. 2:13-cv-0955-APG-NJK<br><br>**ORDER APPROVING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE** |

　　　　On June 5, 2013, Magistrate Judge Nancy J. Koppe denied Plaintiff's request to proceed *in forma pauperis*. See Order (Dkt. #2). Judge Koppe allowed Plaintiff to file a new, completed application, and to submit a corrected Complaint. *Id.* On June 17, 2013, the clerk re-mailed the Order to general delivery at Sunrise Station per the address listed on the docket. The Order advised Plaintiff that failure to comply would result in a recommendation to the District Judge for dismissal. Plaintiff did not comply or request an extension of time in which to comply. On July 17, 2013, Judge Koppe entered her Report and Recommendation [Dkt #4] recommending that Plaintiff's Application to Proceed In Forma Pauperis be denied and that this action be dismissed without prejudice.

　　　　Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's report and recommendations had to be filed within 14 days from the date of service. No objection has been filed with regard to the July 17, 2013 Report and Recommendation. Rather, Plaintiff has filed two new Applications to Proceed In Forma Pauperis (Dkt. #6 on August 28, 2013 and Dkt. #9 on September 3, 2013) a Motion to Merge Cases (Dkt. #7) and a

Motion to Amend Complaint to reflect proper Plaintiff and Defendants (Dkt. #8). None of those filings addresses the issues raised in Judge Koppe's prior Order [Dkt. #2] or Report and Recommendation [Dkt. #4]. Moreover, as explained in that Report and Recommendation, good cause exists to dismiss this case. Accordingly,

**IT IS HEREBY ORDERED** that all of Plaintiff's Applications to Proceed In Forma Pauperis [Dkt. ## 1, 6, and 9] are DENIED, and this action is DISMISSED without prejudice to the Plaintiff's ability to commence a new action in which he either pays the appropriate filing fee in full or submits a properly completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that Plaintiff's other pending motions [Dkt. ##7 and 8] are denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment accordingly.

Dated: September 5, 2013

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE